UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ERNEST BILLIZONE, SR. | CIVIL ACTION |
| VERSUS | |
| JAMES LEBLANC, ET AL | NO. 09-438-JVP-CN |

# ORDER

Considering the pending motions;

**IT IS ORDERED** that the telephone conference scheduled for Friday, February 5, 2010, is hereby **CANCELLED** and will be reset after rulings have been issued on the pending motions.

Signed in chambers in Baton Rouge, Louisiana, February 3, 2010.

**MAGISTRATE JUDGE CHRISTINE NOLAND**