# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

## ORDER

**IT IS ORDERED** that United States District Judge Ivan L.R. Lemelle of the Eastern District of Louisiana, and the Eastern District of Louisiana Magistrate Judges, as designated, be assigned to conduct proceedings and perform all duties as may be required in the below referenced cases.

| Civil Action Number | Judge | Magistrate Judge Division | Description |
|---|---|---|---|
| 08-352 | B | 3 | LaRavia v. Cerise, et al |
| 08-776 | B | 4 | Freeman v. RLI Insurance Company, et al |
| 09-140 | B | 3 | Cat Island, LLC v. J.M. Jones Lumber Company, et al |
| 09-438 | B | 2 | Billizone v. LeBlanc, et al |
| 09-683 | B | 5 | Green v. Arceneaux, et al |
| 09-797 | B | 1 | Southern Silica of Louisiana, Inc. V. Zurich American Insurance Company |
| 09-876 | B | 4 | Scott v. Allstate Insurance Company |
| 09-1009 | B | 5 | Anthony v. Potter |
| 09-1120 | B | 1 | Day v. Destiny Industries, Inc., et al |
| 10-80 | B | 3 | Williams v. Webb |

**IT IS FURTHER ORDERED** that the Local Rules of the Eastern District of Louisiana will apply to these cases.

Baton Rouge, Louisiana, this 4th day of February, 2010.

_____
Chief Judge Ralph E. Tyson