UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ERNEST BILLIZONE,
    Plaintiff,

vs.

JAMES LEBLANC, ET AL.,
    Defendants.

NO. 3:09-cv-438

JUDGE LEMELLE
MAGISTRATE WILKINSON

## AMENDED MOTION TO COMPEL REQUEST FOR PRODUCTION OF DOCUMENTS AND TO ASSESS ATTORNEY'S FEES

NOW INTO COURT, through undersigned counsel, comes ERNEST BILLIZONE, who respectfully moves this Court, pursuant to Federal Rule of Civil Procedure 37, to compel the production of documents against Defendants in the above-captioned action. Defendants' responses to Plaintiff's December 15, 2009 document requests are inadequate, incomplete, and they do not comply with the Federal Rules of Civil Procedure 26 and 34. On January 29, 2010, Plaintiff filed a Motion to Compel Request for Production of Documents and to Assess Attorney's Fees in light of the approaching February 26, 2010 discovery deadline. As Plaintiff has conferred with Defendants' counsel both before and after Plaintiff filed a Motion to Compel, and as this matter remains unresolved, Plaintiff respectfully requests that this Honorable Court order:

a) that the Defendants produce in full documents responsive to Plaintiff's December 15, 2009 document requests numbered 2, 3, and 6; and

b) that the Defendants provide a response to Plaintiff's December 15, 2009 interrogatory numbered 1.

Respectfully submitted,

Katie Schwartzmann (Bar No. 30295)
Barry Gerharz (Bar No. 29207)

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF LOUISIANA
P.O. Box 56157
New Orleans, LA 70156
Telephone: (504) 592-8056
Facsimile: (888) 534-2996
kschwartzmann@laaclu.org
bgerharz@laaclu.org

*Attorneys for Ernest Billizone*

## CERTIFICATE OF SERVICE

I, Barry Gerharz, counsel for Ernest Billizone, certify that on this 5 day of February, 2010, I electronically filed the foregoing Motion to Compel Answers to Discovery and Assess Attorney's Fees using CM/ECF, which provides notice of electronic filing to the following counsel of record:

>Tunde M. Animashaun
>LOUISIANA DEPARTMENT OF JUSTICE
>LITIGATION DIVISION
>1885 North Third Street, Third Floor
>P.O. Box 94005
>Baton Rouge, Louisiana 70804-9005
>
>*Attorney for Defendants.*
>
>　　　　　　　/s/ Barry J. Gerharz